TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00617-CV

Ethel Domel and Norman Domel, Appellants

v.

City of Georgetown, Texas, Appellee

FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 368TH JUDICIAL DISTRICT

NO. 94-020-C368, HONORABLE BILLY RAY STUBBLEFIELD, JUDGE PRESIDING 

PER CURIAM

 Ethel Domel and Norman Domel have withdrawn their notice of appeal because
the trial court granted their motion for new trial. The withdrawal of the notice of appeal revokes
the invocation of our jurisdiction in this cause. We will treat this as a motion to dismiss. We
therefore grant the motion and dismiss this appeal.

Before Chief Justice Carroll, Justices Jones and Kidd

Dismissed on Appellants' Motion

Filed: January 23, 1998

Do Not Publish